IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN C. SPAULDING,

    Plaintiff,

v.                                           CASE NO. 4:11-cv-00605-MP-CAS

KENNETH TUCKER, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 31, 2014. (Doc. 84). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (doc. 84) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for leave to file a fifth amended complaint (doc. 81) is DENIED.

3. This case is REMANDED to the Magistrate Judge for further proceedings, including consideration of the pending motions to dismiss.

**DONE AND ORDERED** this  *4th* day of September, 2014

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge