IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN C. SPAULDING,

    Plaintiff,

v.                                               CASE NO. 4:11-cv-00605-MP-CAS

RONNIE WOODALL, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 4, 2015. (Doc. 163). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 167. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted, and Plaintiff's motion for leave to file a fifth amended complaint (doc. 162) should be denied. However, the denial should be without prejudice to Plaintiff reasserting in his subsequent motion at doc. 174 his arguments concerning his proposed claim against Defendant Ronnie Woodall.

The Report and Recommendation at doc. 163 sufficiently addressed and disposed of Plaintiff's arguments for "emotional and psychological distress" based on *Harris v. Garner*, 216 F.3d 970 (11th Cir. 2000). However, as noted in his objections, Plaintiff is also seeking leave to add a claim against Defendant Woodall for "denial of [Plaintiff's] serious medical needs." Doc.

162 at 1, 16. The Magistrate Judge did not address whether the Court should grant leave to add such a claim. Subsequent to the Report and Recommendation at doc. 163, Plaintiff filed another motion for leave to amend his complaint. (Doc. 174). Therein, he reiterates his request for leave to add this claim against Defendant Woodall. Consequently, on remand and in his consideration of Plaintiff's motion at doc. 174, the Magistrate Judge shall specifically address whether the Court should grant Plaintiff leave to add this claim against Defendant Woodall.

The Court also notes that after discussing in his objections his request for leave to add his claim against Defendant Woodall, Plaintiff stated the following: "C. Neel also denied a grievance refusing the plaintiff care for his serious medical needs, the same injury." Doc. 167 at 2. In its context and viewed liberally in light of Plaintiff's *pro se* status, this statement appears to be a request to add a similar claim against former Defendant C. Neel. Plaintiff did not raise this issue in his motion for leave to file a fifth amended complaint. *See* doc. 162. "[A] district judge need not consider an argument that a party failed to present to the magistrate judge." *United States v. Coulton*, 594 F. App'x 563, 568 (11th Cir. 2014). "'[T]o require a district court to consider evidence not previously presented to the magistrate judge would effectively nullify the magistrate judge's consideration of the matter and would not help to relieve the workload of the district court.'" *Worley v. City of Lilburn*, 408 F. App'x 248, 253 (11th Cir. 2011) (quoting *Williams v. McNeil*, 557 F.3d 1287, 1292 (11th Cir. 2009)). Thus, to the extent that Plaintiff now seeks to raise this issue in his objections, his argument must be rejected.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (doc. 163) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for leave to file a fifth amended complaint (doc. 162) is DENIED. However, the denial is without prejudice to Plaintiff reasserting in his subsequent motion at doc. 174 his arguments concerning his proposed claim against Defendant Woodall.

3. This case is remanded to the Magistrate Judge for further proceedings. On remand and in his consideration of Plaintiff's motion at doc. 174, the Magistrate Judge shall specifically address whether the Court should grant Plaintiff leave to add his proposed claim against Defendant Woodall.

**DONE AND ORDERED** this   5th  day of June, 2015

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge