**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JOHN C SPAULDING,

      Plaintiff,

v.                               CASE NO. 4:11-cv-00605-MP-CAS

RONNIE WOODALL, et al.,

      Defendants.

_____/

**O R D E R**

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 16, 2015. (Doc. 212). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 219. I have made a *de novo* review based on those objections.

      Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation (Doc. 212) is adopted and incorporated by reference in this order.
2.      Plaintiff's motion for leave to file an eighth amended complaint is DENIED.
3.      This case is remanded to the Magistrate Judge for further proceedings.

      **DONE AND ORDERED** this *28th* day of October, 2015

                                     *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge