# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

JOHN C SPAULDING,

    *Plaintiff,*

v.                                                                            CASE NO. 4:11-cv-00605-MP-CAS

S. BASS, Z.Z. FORD,
H.E. GARTMAN, B. GOODWIN,
BRAD HOWARD, OFF. LANDRUM,
C. LAGO, RONNIE WOODALL,
AND MARTHA REYNOLDS,

    *Defendants.*

_____/

### **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 10, 2016. ECF No. 258. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 258, is adopted and incorporated by reference in this order.

2. Defendants' Motion for Summary Judgment, ECF No. 249, is **GRANTED.**

3. Plaintiff's Motion for Summary Judgment, ECF No. 231, is **DENIED.**

4. The Clerk is directed to enter judgment in favor of Defendants and to close the file.

**SO ORDERED on September 9, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**